IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| WALTER R. LEGG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 05-CV-1354 |
| STEVEN AGEE, et al., | ) ) ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION**

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On February 28, 2007, Defendants Steven Agee, Christopher Hutt, Edward Papis, and City of East Peoria, Illinois, filed a Motion to Dismiss Plaintiff's Complaint (d/e 39). The Motion to Dismiss bears a certificate of service to Plaintiff of February 28, 2007. On March 21, 2007, this Court issued a text order directing Plaintiff to file a written response to the Motion to Dismiss on or before March 30, 2007. Plaintiff did, on March 28, 2007, file his Response to the Motion to Dismiss (d/e 41) stating that he does not have a good faith basis for opposing the motion and thus had not responded. Therefore, the Court recommends that Defendants' Motion to Dismiss (d/e 39) be ALLOWED dismissing the claims against Defendants

Steven Agee, Christopher Hutt, and Edward Papis in their official capacities.

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

ENTER:    March 28, 2007

    FOR THE COURT:	s/ Byron G. Cudmore

                                                    _____
                                                        BYRON G. CUDMORE
                                      UNITED STATES MAGISTRATE JUDGE