E-FILED
Tuesday, 17 April, 2007  11:28:25 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| WALTER R. LEGG | ) | |
| | ) | |
|     Plaintiff, | ) | No. 05-cv-1354 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN AGEE, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**O P I N I O N   A N D   O R D E R**

Before the Court is United States Magistrate Judge Byron G. Cudmore's Report and Recommendation. (Doc. 42.) The Report recommends that the Defendants' Motion to Dismiss (Doc. 39) be allowed and that claims against Defendants Steven Agee, Christopher Hutt and Edward Papis in their official capacities be dismissed.

No objection was made by Plaintiff in their Response to the Motion to Dismiss (Doc. 41) and Plaintiff has not filed an objection to the Magistrate's Report and Recommendation.

THE COURT THEREFORE ADOPTS the Magistrate's Report and Recommendation.  IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is GRANTED. The claims against Defendants Steven Agee, Christopher Hutt and Edward Papis in their official capacities are dismissed.

ENTERED this  16th  day of April, 2007.

                                     s/Joe Billy McDade
                                    Joe Billy McDade
                                 United States District Judge